**Edward H. Trompke**, OSB #843653
ed.trompke@jordanramis.com
**Christopher K. Dolan**, OSB #922821
chris.dolan@jordanramis.com
JORDAN RAMIS PC
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070
Facsimile: (503) 598-7373

Attorneys for Plaintiffs Oregon Moms Union, Melissa Adams, Spud Money's Inc. an assumed business name of Water Hole No. 2 Saloon, Inc. and Heart of Main Street

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OREGON MOMS UNION, an Oregon political action committee; MELISSA ADAMS, an individual; SPUD MONKEY'S, INC., an assumed business name of WATER HOLE NO. 2 SALOON, INC., an Oregon corporation; and HEART OF MAIN STREET, an Oregon political action committee,<br><br>Plaintiffs,<br><br>v.<br><br>KATHERINE "KATE" BROWN, in her official capacity as the Governor of the State of Oregon,<br><br>Defendant. | Case No. 3:21-cv-00678-JR<br><br>DECLARATION OF MELISSA ADAMS IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>The Honorable Jolie A. Russo |

I, Melissa Adams, declare as follows:

1. I am one of the plaintiffs named in the above-captioned case. I make this

declaration based upon my personal knowledge, and I am competent to testify to the matters

Page 1 –   DECLARATION OF MELISSA ADAMS

stated in this declaration. I make this declaration in support of *Plaintiffs' Motion for Temporary Restraining Order*.

2. I am the operator of Plaintiff Spud Monkey's Inc, an eating and drinking establishment, which is an assumed business name of Water Hole No. 2 Saloon, Inc, an Oregon corporation that I own, and that is a Plaintiff in this case.

3. Prior to the COVID outbreak and issuance of Defendant's EO 20-03, I operated three eating and drinking establishments in Oregon.

4. I was forced by and during the effect of Defendant's EO 20-03 to close one eating and drinking establishment, that was newly opened. Operating on the allowed "take out only" basis was not sustainable, and the establishment remains closed.

5. The second eating and drinking establishment is permanently closed.

6. My third business, Spud Monkey's is similarly threatened with closure by the effect of EO 20-03 as continued by EO 21-10, and the Guidelines.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Dated this __5__ day of May, 2021.

_____
Melissa Adams

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing DECLARATION OF MELISSA ADAMS IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER on:

Marc Abrams, OSB #890149
Sheila H. Potter, OSB #993485
Oregon Department of Justice
100 SW Market St
Portland OR  97201
Phone: 971-673-1880
marc.abrams@state.or.us
sheila.potter@doj.state.or.us

*Of Attorneys for Defendant Katherine "Kate" Brown, in her official capacity as the Governor of the State of Oregon*

☒    by electronic transmission and first class mail, postage prepaid.

DATED:  May 5, 2021.

                                              *s/ Edward H. Trompke*
                                              Edward H. Trompke, OSB #843653
                                              ed.trompke@jordanramis.com
                                              Christopher K. Dolan, OSB #922821
                                              chris.dolan@jordanramis.com
                                              *Attorneys for Plaintiffs Oregon Moms Union, Melissa Adams, Spud Money's Inc., an assumed business name of Water Hole No. 2 Saloon, Inc. and Heart of Main Street*